■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE NOGA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on

December 19, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Silverman, J. P., Evans, Fein and Markewich, JJ.